UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Melissa L. Griggs, being first duly sworn, do hereby depose and state:

BACKGROUND

I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since October 2024. I am currently assigned to the FBI's San Juan Division, and I am part of the Violent Crimes and Major Offenders Task Force. As a Special Agent, I have received training in a wide variety of investigative topics to include topics in violent crimes and various other matters within the authority of the FBI.

I am a law enforcement officer of the United States within the meaning of Title 18 United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and make arrests for the offenses enumerated in Title 18, United States Code.

The details and information stated herein are a compilation of facts and events investigated by me and other Law Enforcement Officers, who investigated and confirmed their veracity or overseen their development. I have drafted this affidavit for the limited purpose of establishing probable cause for certain violations of law. Therefore, I have not included all of the facts of this investigation.

Based on the facts set forth in this affidavit, there is probable cause to believe that **STEVEN ROSARIO RODRIGUEZ** violated 18 USC §§ 922(g)(1) (Prohibited Person in Possession of a Firearm).

## FACTS IN SUPPORT OF PROBABLE CAUSE

On or about April 15, 2025, Puerto Rico State Police close-circuit television (CCTV) system detected a vehicle that was stolen described as a Hyundai Accent with Puerto Rico license plate number JVM294. This information was transmitted to all Puerto Rico Municipal Police Departments via radio. This vehicle matched the early morning home invasion that occurred in the municipality of Carolina in which three individuals, armed with firearms, forcibly entered a residence, stole multiples items, including two vehicles. Additionally, the violent subjects kidnapped the resident and subsequently forced the resident to go to an ATM to withdraw cash.

A Guaynabo Municipal Police ("GMP") Officer was notified over radio that a grey Hyundai was reported stolen and was the suspected vehicle that had committed at least one home invasion. The stolen grey Hyundai was seen traveling from Carretera #2 in Bayamon towards Guaynabo, Puerto Rico. GMP officers responded where the stolen grey Hyundai was last seen travelling. GMP officers observed the stolen grey Hyundai on Madrid Street near a Puma gas station. Upon observing the vehicle, GMP officers pursued the stolen grey Hyundai and observed the vehicle drive through a red traffic light without stopping. Officers also observed that an unknown Jeep was following the stolen grey Hyundai very closely through the red traffic light. The jeep was also reported stolen.

Officer's pursuit of both vehicles was conducted on 833 Street towards Autoridad Acueductos y Alcantarridos (AAA), a water treatment plant in Puerto Rico, located on Camino Los Filtros in Guaynabo, Puerto Rico. The drivers of the stolen grey Hyundai and Jeep positioned the vehicles behind the water tanks on the dead-end street described above.

A GMP Officer approached the water tanks. The driver of the stolen Jeep began to drive towards the officer at a high speed, with the intention of hitting the officer. The officer then

pointed his service weapon at the driver of the stolen Jeep with the intention of controlling the scene. The driver of the stolen Jeep intentionally attempted to strike the officer with the Jeep. The officer evaded the attack, and the driver in the stolen Jeep drove away.

The driver of the stolen Hyundai began to accelerate the vehicle towards the officer. The officer then pointed his service weapon at the driver of the stolen Hyundai. The driver of the stolen Hyundai diverted away from the officer and hit the sidewalk, causing the driver of the stolen Hyundai to lose control of the vehicle. The vehicle crashed. The officer approached the driver in the stolen Hyundai and gave the driver commands to exit the vehicle. The driver complied and was subsequently arrested.

At the same time, the driver of the stolen Jeep attempted to flee the scene but was impeded by police vehicles. The driver of the Jeep stopped the vehicle, and two males exited the vehicle. One male was Steven Rosario Rodriguez (Rodriguez), who exited the passenger side of the stolen Jeep. Rodriguez was wearing athletic clothes, a ski mask over his face, and had a black bag. In Rodriguez's left hand was what appeared to be a firearm. Rodriguez and the other male fled into the woods nearby. Officers from the Guaynabo Municipal Police Department pursued both individuals. GMP officers arrested Rodriguez. The arresting officer recovered a firearm in the immediate vicinity where Rodriguez was. The firearm seized was a Glock pistol bearing serial number BYCU168.

According to law enforcement searches, Rodriguez was previously convicted of a felony crime punishable for more than one year. The firearm seized travelled through interstate or foreign commerce. No firearms are manufactured in Puerto Rico. Rodriguez was currently on federal supervise release in case 15-749 (GAG). On May 22, 2020, Rodriguez was sentenced by Judge Gelpi to 114 months of imprisonment after pleading guilty to 18 U.S.C. Sections 1951(a) and 924c(1)(A)(ii). He was further sentenced to 5 years of supervise release after his release from prison.

Based on the facts set forth above, I respectfully submit that there exists probable cause to charge STEVEN ROSARIO RODRIGUEZ with violations of 18 USC § 922(g)(1) (Prohibited Person in Possession of a Firearm).

Melissa L. Griggs
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. 4.1 at ___9:03AM___ by telephone, this ___17th___ day of April, 2025

Hon. Marshal D. Morgan
United States Magistrate Judge
District of Puerto Rico